# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 22, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137812

KEITH LARON DOBBINS,

      Plaintiff-Appellant,

v

DEPARTMENT OF CORRECTIONS,

      Defendant-Appellee.

_____

SC: 137812
CoA: 285604

      On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of December 15, 2008, the Clerk of the Court is hereby directed to close this file.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 22, 2009

jm

Clerk